# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                                  Case No.3:05cr42LAC

JAMES E. LUCKIE

_____

## ORDER

Your document, **REQUEST FOR EXPLANATION OF COUNTS ONE THRU THREE**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.  Your certificate of service *request* that copies be sent.

> Pursuant to Local Rule 11.1(D), any person represented by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court.

> The court cannot respond to any ex parte communication.

For these reasons, IT IS ORDERED that the document will not be placed in the file and shall be returned to you.

DONE and ORDERED this 7th day of October, 2005.

s/*L.A. Collier*
_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE