# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                             CASE NO.  3:05cr42LAC/MD

JAMES ERNEST LUCKIE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   November 16, 2006

Motion/Pleadings:   MOTION FOR IN CAMERA REVIEW OF INDICTMENT

Filed by DEFENDANT PRO SE   on   10/16/2006   Doc.# 67

RESPONSES:

                                                  on                Doc.#

                                                  on                Doc.#

____ Stipulated      ____ Joint Pldg.

____ Unopposed     ____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*

LC (1 OR 2)                            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of November, 2006, that:*

*(a) The relief requested is DENIED.*

*(b) Although defendant cites legal authority that speaks of prosecutorial misconduct during grand jury proceedings, he offers no factual argument or basis for his motion.*

                                                        /s/ *Miles Davis*

                                                       *Miles Davis*
                                           *United States Magistrate Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.