**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                        Case No: 3:05cr42/LAC
                                                                    3:06cv456/LAC/MD

JAMES ERNEST LUCKIE

---

## ORDER

The defendant has filed a notice of appeal and request for a certificate of appealability.  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's May 18, 2007 order (doc. 83) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on May 1, 2007 (doc. 81) over defendant's objection, his request for a certificate of appealability is DENIED.  Defendant has not filed a motion for leave to proceed *in forma pauperis.* Because the court finds that the appeal is not taken in good faith and defendant is not otherwise entitled to so proceed, leave to so proceed should also be denied.  Fed.R.App.P. 24(a)(3).  Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 12th day of June, 2007.

s/*L. A. Collier*

**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**